IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:                                    )
                                          )        25-80241-CRJ-7
                                          )        Chapter 7
Cedric Long Lamar                         )
xxx-xx-1579                               )

MOTION TO CONFIRM TERMINATION OR ABSENCE OF STAY

1.      The Movant, AmeriCredit Financial Services, Inc. d/b/a GM Financial ("AFS"), has a perfected security interest in a 2022 Chevrolet Traverse VIN: 1GNEVHKW7NJ104887.

2.      The aforesaid vehicle was purchased on November 16, 2024 by Ozara Healthcare Services Inc. and is titled in the name of said entity. The Debtor represented to AFS that he was the President of the aforesaid Alabama domestic corporation.

3.      The account of Ozara Healthcare Services Inc. is delinquent for the months of January, 2025 through March, 2025 in the amount of $2,187.84.

4.      The Debtor does not claim an ownership interest in the aforesaid vehicle in his Schedules. However, to avoid any possible confusion and out of an abundance of caution, AFS files this Motion seeking a comfort order confirming that there is no automatic stay in effect, or alternatively, an order that the automatic stay is terminated as to the Movant.

WHEREFORE, the Movant requests that this Honorable Court issue a comfort order confirming that there is no automatic stay in effect as to AFS, or alternatively, an order that the automatic stay is terminated as to AFS in order for AFS to obtain possession of the aforesaid vehicle and liquidate same under state law.

/s/ Allan M. Trippe
ALLAN M. TRIPPE (ASB-7824-P79A)
Attorney for AmeriCredit Financial Services,
Inc. d/b/a GM Financial

OF COUNSEL:
TRIPPE & BROWN, LLP
P. O. Box 531103
Birmingham, Alabama 35253
(205) 879-9220
allantrippe@lawbham.com

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a copy of the foregoing has been served on George Babakitis and Melissa W. Mitchell by electronic transmission and on Cedric Long Lamar by placing a copy of same in the United States Mail, postage prepaid and properly addressed, this the 30th day of March, 2025.

George Babakitis  (gbabakitis@aol.com)
Attorney for Debtor
2031 2nd Avenue North
Birmingham, AL  35203

Melissa  W. Mitchell  (trustee@melissalegal.com)
Chapter 7 Trustee
521 Madison St. Ste. 201
Huntsville, AL 35801

Cedric Long Lamar
120 Park Square Lane
Madison, AL 35758

                                       /s/ Allan M. Trippe
                                       OF COUNSEL