# Notice Recipients

District/Off: 1126−5     User: admin     Date Created: 5/15/2025
Case: 25−80241−CRJ7     Form ID: 318     Total: 12

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| tr | Melissa W. Mitchell | trustee@melissalegal.com |
| aty | Allan M Trippe | allantrippe@lawbham.com |
| aty | Brian K Jordan | bkecfinbox@aldridgepite.com |
| aty | George Babakitis | gbabakitis@aol.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Cedric Long Lamar | 120 Park Square Lane | Madison, AL 35758 | |
| cr | Atlas Acquisitions LLC | 492C Cedar Lane, Ste 442 | Teaneck, NJ 07666 | |
| cr | AmeriCredit Financial Services, Inc. dba GM Financial | P O Box 183853 | Arlington, TX 76096 | |
| 11548928 | 1st Franklin Financial Corporation | PO Box 837 | Winder, GA 30680 | |
| 11548929 | ALFA Mutual Insurance Company | C/O Mary A Miller, Office Manager | P O Box 1588 | Norcross, GA 30091 |
| 11558720 | Atlas Acquisitions LLC | 492C Cedar Lane, Ste 442 | Teaneck, NJ 07666 | |
| 11548927 | Internal Revenue Service | Post Office Box 69 | Memphis, TN 38101 | |
| 11548926 | RoundPoint Mortgage Servicing Corp | PO Box 19409 | Charlotte, NC 28219−9409 | |

TOTAL: 8